UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HENRY COX,<br><br>     Plaintiff,<br><br>  -against-<br><br>THE UNITED STATES AS FBI CIA, ET AL.,<br><br>     Defendants. | 26-cv-0578 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 13, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated: March 16, 2026
   New York, New York

         /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
        Chief United States District Judge